| | |
|---|---|
| Steven A. Kahn (OSB 882380) | Jeffrey H. Wood |
| Kahn & Kahn | Acting Assistant Attorney General |
| Email:  steven@kahnattorneys.com | United States Department of Justice |
| 317 S.W. Alder Street, Suite 1250 | Environment & Natural Resources Division |
| Portland, CA 97204 | |
| Tel:    503/227-4488   Fax: 503/227-0753 | Lila Jones |
| | Trial Attorney |
| Stephan C. Volker (CSB 63093) | Email:  Lila.Jones@usdoj.gov |
| Alexis E. Krieg (CSB 254548) | Natural Resources Section |
| Email:  svolker@volkerlaw.com | P.O. Box 7611, Ben Franklin Station |
| Law Offices of Stephan C. Volker | Washington DC, 20044-7611 |
| 1633 University Avenue | Tel:    202/514-9859   Fax: 202/305-0506 |
| Berkeley, California 94703 | |
| Tel:    510/496-0600   Fax: 510/845-1255 | Attorneys for Federal Defendants |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC., a California non-profit corporation, and INSTITUTE FOR FISHERIES RESOURCES, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>LISA A. NORTHROP, Forest Supervisor of Mount Hood National Forest, in her official capacity; UNITED STATES FOREST SERVICE; and SONNY PERDUE,[1] Secretary of Agriculture, in his official capacity,<br><br>    Defendants. | Case No.   3:17-cv-00416-SI<br><br>**JOINT STATUS REPORT** |

---

[1] Secretary Sonny Perdue is automatically substituted as a defendant according to Federal Rule of Civil Procedure 25.  See Fed. R. Civ. P. 25(d).

In accordance with the Court's March 14, 2017 Pretrial Scheduling Order (ECF No. 3), the parties filed a joint status report with the Court on October 27, 2017 and subsequent joint status reports on December 4, 2017 (ECF No. 23), January 16, 2018 (ECF No. 26), and February 14, 2018 (ECF No. 28).  Per this Court's Scheduling Order filed April 6, 2018 (ECF No. 32) the counsel for the United States and local counsel for Plaintiffs participated in a telephonic conference with the Court on April 18, 2018, regarding the statute of their settlement negotiations.  The parties submitted a joint status report on May 16, 2018 (ECF No. 43).

In recent weeks, the parties have exchanged further communications in an effort to reach a negotiated solution.  The parties require additional time to negotiate the settlement, the associated fees, and to seek approval of the final settlement from the appropriate supervisory officials at the United States Forest Service and at the Department of Justice.  The parties have narrowed the outstanding issues and believe that they can conclude negotiations and obtain the relevant approvals as to that agreement by August 10, 2018.  The parties propose that the parties shall either lodge an agreement with the Court or file a subsequent Joint Status Report on or before August 10, 2018.

Respectfully submitted on this 29th day of June, 2018.

| | |
|---|---|
| */s/ Steven Kahn (with permission)* | */s/ Stephan Volker (with permission)* |
| Steven A. Kahn (OSB 882380) | Stephan C. Volker (CSB 63093 |
| Kahn & Kahn | Alexis E. Krieg (CSB 254548) |
| Email:  steven@kahnattorneys.com | Email:  svolker@volkerlaw.com |
| 317 S.W. Alder Street, Suite 1250 | 1633 University Avenue |
| Portland, OR 97204 | Berkeley, CA 94703 |
| Tel:    503/227-4488  Fax: 503/227-0753 | Tel:    (510/496-0600  Fax:  510/845-1255 |

COUNSEL FOR PLAINTIFFS

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Lila C. Jones*
LILA C. JONES
Trial Attorney
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 514-9859
Fax:  (202) 305-0506
NM Bar No. 148098
lila.jones@usdoj.gov

COUNSEL FOR DEFENDANTS