Steven A. Kahn (OSB 882380)
Kahn & Kahn
Email: steven@kahnattorneys.com
317 S.W. Alder Street, Suite 1250
Portland, CA 97204
Tel:    503/227-4488   Fax: 503/227-0753

Stephan C. Volker (CSB 63093)
Alexis E. Krieg (CSB 254548)
Email: svolker@volkerlaw.com
Law Offices of Stephan C. Volker
1633 University Avenue
Berkeley, California 94703
Tel:    510/496-0600   Fax: 510/845-1255

Attorneys for Plaintiffs

Jeffrey H. Wood
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Lila Jones
Trial Attorney
Email: Lila.Jones@usdoj.gov
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington DC, 20044-7611
Tel:    202/514-9859   Fax: 202/305-0506

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC., a California non-profit corporation, and INSTITUTE FOR FISHERIES RESOURCES, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LISA A. NORTHROP, Forest Supervisor of Mount Hood National Forest, in her official capacity; UNITED STATES FOREST SERVICE; and SONNY PERDUE,[1] Secretary of Agriculture, in his official capacity,<br><br>Defendants. | Case No.   3:17-cv-00416-SI<br><br>**JOINT STATUS REPORT** |

---

[1] Secretary Sonny Perdue is automatically substituted as a defendant according to Federal Rule of Civil Procedure 25.  See Fed. R. Civ. P. 25(d).

U.S. District Court – Oregon                                                                                         JOINT STATUS REPORT

In accordance with the Court's March 14, 2017 Pretrial Scheduling Order (ECF No. 3), the parties filed a joint status report with the Court on October 27, 2017 and subsequent joint status reports on December 4, 2017 (ECF No. 23), January 16, 2018 (ECF No. 26), and February 14, 2018 (ECF No. 28).  Per this Court's Scheduling Order filed April 6, 2018 (ECF No. 32) the counsel for the United States and local counsel for Plaintiffs participated in a telephonic conference with the Court on April 18, 2018, regarding the statute of their settlement negotiations.  The parties submitted a joint status report on May 15, 2018 (ECF No. 34) and on June 29, 2018 (ECF No. 37).

In recent weeks, the parties have made considerable progress in their efforts to reach a negotiated solution.  The United States requires additional time to seek approval of the parties' progress from the appropriate supervisory officials at the United States Forest Service and at the Department of Justice.  The parties propose that the parties shall either lodge an agreement with the Court or file a subsequent Joint Status Report on or before August 24, 2018.

Respectfully submitted on this 10th day of August, 2018.

| | |
|---|---|
| */s/ Steven Kahn (with permission)* | */s/ Stephan Volker (with permission)* |
| Steven A. Kahn (OSB 882380) | Stephan C. Volker (CSB 63093 |
| Kahn & Kahn | Alexis E. Krieg (CSB 254548) |
| Email:  steven@kahnattorneys.com | Email:  svolker@volkerlaw.com |
| 317 S.W. Alder Street, Suite 1250 | 1633 University Avenue |
| Portland, OR 97204 | Berkeley, CA 94703 |
| Tel:   503/227-4488  Fax: 503/227-0753 | Tel:   (510/496-0600  Fax:  510/845-1255 |

  COUNSEL FOR PLAINTIFFS

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Lila C. Jones*
LILA C. JONES
Trial Attorney
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 514-9859
Fax:  (202) 305-0506
NM Bar No. 148098
lila.jones@usdoj.gov

COUNSEL FOR DEFENDANTS